IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIDLAND RESOURCES, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05CV345 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHERN NATURAL GAS, | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by August 5, 2005, file their Report of Parties' Planning Conference.

DATED July 19, 2005.

/s/ David L. Piester
United States Magistrate Judge