IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDLAND RESOURCES, a Limited Liability Company, ) ) ) | Case No. 8:05CV345 |
| Plaintiff, ) ) | |
| vs. ) ) | **ORDER** |
| NORTHERN NATURAL GAS COMPANY, ) ) ) ) | |
| Defendant. ) | |

This case comes before the Court on the joint motion of the parties to extend the date for filing of their Report of Parties' Planning Conference, filing 8. The Court finds the motion should be and hereby is sustained.

IT IS THEREFORE ORDERED that the deadline for the parties to file the report is extended to August 12, 2005.

IT IS SO ORDERED this 5th day of August, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Prepared and submitted by:

Adam J. Sipple, No. 20557
Johnson & Mock
307 N. Oakland Ave.
P.O. Box 62
Oakland, NE  68045
(402) 685-5647