```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MIDLAND RESOURCES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV345 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHERN NATURAL GAS COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of the plaintiff's demand for jury trial and the defendant's objection thereto,

IT IS ORDERED,

The defendant's objection is sustained; the case will be tried to the court sitting without a jury.

DATED this 16th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge