# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP -7 PM 1:41

OFFICE OF THE CLERK

| | | |
|---|---|---|
| MIDLAND RESOURCES, a<br>Limited Liability Company, | ) | Case Number: 8:05CV345 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| NORTHERN NATURAL GAS | ) | |
| COMPANY, | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Defendant. | ) | **AND** |
| | ) | **ORDER OF REFERENCE** |
| | ) | |

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

<u>Signature of Attorney or Party</u>          <u>Name of Party</u>          <u>Date</u>

**See Attached for Signature of parties**

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the <u>Honorable David L. Piester</u>, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

<u>9/7/05</u>
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03

**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| MIDLAND RESOURCES, a limited Liability Company, | ) ) ) | Case Number:  8:05 CV 345 |
| Plaintiff(s), | ) | CONSENT TO EXERCISE OF JURISDICTION |
| v. | ) ) | BY A UNITED STATES MAGISTRATE JUDGE |
| NORTHERN NATURAL GAS COMPANY | ) |  |
| Defendant(s). | ) |  |

CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
|  | For MIDLAND RESOURCES | 8-10-05 |
|  | For    "            " | 8-22-05 |
|  | For | |
|  | For Northern Natural Gas | 8-23-05 |

DISTRICT JUDGE OPTION

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States Magistrate Judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
|  | For | |
|  | For | |
|  | For | |
|  | For | |