IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDLAND RESOURCES, | ) |
| Plaintiff, | ) 8:05CV345 |
| v. | ) |
| | ) ORDER |
| NORTHERN NATURAL GAS COMPANY, | ) |
| Defendant. | ) |

IT IS ORDERED:

Defendant's motion for time, filing 25, is granted and the deadline for filing a motion to compel is extended to January 16, 2006.

DATED this 3rd day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge