IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDLAND RESOURCES, a Limited Liability Company, | ) ) ) |
| Plaintiff, | ) 8:05CV345 ) ) |
| v. | ) ) ORDER OF |
| NORTHERN NATURAL GAS COMPANY, | ) DISMISSAL ) |
| Defendant. | ) |

IT IS ORDERED:

The joint stipulation of the parties, filing 31, is approved and this action is dismissed with prejudice, each party to pay their own costs.

DATED this 29th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge